

```
                    FILED
           CLERK, U.S. DISTRICT COURT
                  OCT 31 2016
           CENTRAL DISTRICT OF CALIFORNIA
           EASTERN DIVISION    BY DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EUGENE ANTOINE WHITMORE Defendant. | Case No.: ED16 MJ432 ORDER OF DETENTION (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Northern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- Failure to comply / History of non-compliance
- Insufficient bail resources

1 and/or

2 B.  ( )   The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the
4          safety of any other person or the community if released under 18
5          U.S.C. § 3142(b) or (c). This finding is based on the following:

6    _____
7    _____
8    _____
9    _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 10/31/16

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2